# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

SHERMAN A. HENDERSON,    )
    )
    Petitioner,    )    C. C. A. NO. 02C01-9612-CC-00477
    )
vs.    )    LAKE COUNTY
    )
BILLY COMPTON, WARDEN,    )    No. 96-7428
    )
    Respondent.    )

**O R D E R**

FILED

**May 29, 1997**

**Cecil Crowson, Jr.**
Appellate Court Clerk

This matter is before the Court upon the state's motion to dismiss the above-captioned appeal. The petitioner filed a petition for writ of habeas corpus in the trial court claiming that his sentence should be recalculated due to the denial of certain sentencing credits. It appears the petitioner was originally convicted of first degree murder and sentenced to life imprisonment in January, 1980. The trial court denied the petition. The petitioner timely filed notice of appeal, and both the record and petitioner's brief have already been filed with this Court.

In its motion, the state argues that the trial court properly denied relief in this case because it does not appear from the face of the judgment or record that the petitioner's conviction is void. See Archer v. State, 851 S.W.2d 157, 164 (Tenn. 1993). The state further contends that the issue raised by the petitioner is not a proper consideration for habeas corpus relief, but rather must be challenged under the Uniform Administrative Procedures Act. We agree. See Brigham v. Lack, 755 S.W.2d 469, 471 (Tenn. Crim. App.), perm. to appeal denied, (Tenn. 1988); State v. Warren, 740 S.W.2d 427, 428 (Tenn. Crim. App. 1986), perm. to appeal denied, (Tenn. 1987).

Accordingly, finding no error of law mandating reversal, it is hereby ORDERED that the judgment of the trial court is affirmed in accordance with Rule 20, Rules of the Court of Criminal Appeals.

Enter, this the ____ day of May, 1997.


_____
PAUL G. SUMMERS, JUDGE


_____
JOE B. JONES, PRESIDING JUDGE


_____
DAVID G. HAYES, JUDGE